UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA A. RIDDICK, | No. C-14-01419 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| v. | |
| BEYONCE KNOWLES-CARTER, | |
| Defendant(s). | |

On March 27, 2014, Plaintiff filed suit in this court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 3.] On April 2, 2014, the court granted the IFP application but dismissed the complaint for failure to state a claim, granting Plaintiff until April 18, 2014 to remedy the deficiencies noted in this order. [Docket No. 5.] Plaintiff has not filed an amended complaint to date. Accordingly, the court ORDERS Plaintiff to respond by **May 2, 2014** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by **May 2, 2014** may result in dismissal of this action.

IT IS SO ORDERED.

Dated: April 24, 2014

DONNA M. RYU
United States Magistrate Judge