UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA A. RIDDICK,<br><br>        Plaintiff(s),<br><br>   v.<br><br>BEYONCE KNOWLES-CARTER,<br><br>        Defendant(s).<br>_____/ | No. C-14-01419 DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On March 27, 2014, Plaintiff filed suit in this court along with an application to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 3.] On April 2, 2014, the court granted the IFP application but dismissed the complaint for failure to state a claim, granting Plaintiff until April 18, 2014 to remedy the deficiencies noted in this order. [Docket No. 5.] On April 24, 2014, the court issued an order requiring Plaintiff to show cause for her failure to file an amended complaint, and noted that failure to respond by May 2, 2014 may result in dismissal of this action for failure to prosecute. [Docket No. 6.]

To date, Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 8, 2014

_____
DONNA M. RYU
United States Magistrate Judge